**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANDREW DEFOREST, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>OC HOME BUYERS, LLC; and DOES 1 through 10, inclusive, and each of them,<br><br>Defendant. | Case No. 8:25-cv-02382 MRA (DFMx)<br><br>**ORDER TO DISMISS WITH PREJUDICE AS TO PLAINTIFF AND WITHOUT PREJUDICE AS TO CLASS CLAIMS [26]** |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties, this matter is dismissed in its entirety with prejudice as to the named Plaintiff, and without prejudice as to the Putative Class alleged in the complaint, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own costs and attorneys' fees.

Dated: August 25, 2026

[signature]

Hon. Mónica Ramírez Almadani
United States District Judge